MILTON G. HAUER, Appellant, *v.* PHILIP J. RUDDEN, as Executor of FLORENCE RUDDEN, Deceased, Respondent.

Argued April 28, 1942; decided May 28, 1942.

*Jacob M. Zinaman* for appellant.

*James I. McGuire* and *George A. Garvey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.